■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEBRON BATTLE, Appellant, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY, et al., Respondents. [809 NYS2d 69]—

Order, Supreme Court, Bronx County (Robert G. Seewald, J.), entered November 24, 2004, which denied petitioner's application for a writ of habeas corpus, unanimously affirmed, without costs.

The application was correctly denied upon a record unambiguously showing that of the 117 days between petitioner's waiver of a preliminary hearing on February 26, 2004 and the final parole revocation hearing held on June 22, 2004, 43 days were chargeable to petitioner due to his requests or consents to adjournments, and that the final hearing was therefore held within 90 days of the waiver as required by Executive Law § 259-i (3) (f) (i) (*see People ex rel. Calderon v New York State Div. of Parole*, 163 AD2d 237 [1990]). Concur—Tom, J.P., Friedman, Gonzalez, Sweeny and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL CHEEK, Appellant. [808 NYS2d 691]—Judgment, Supreme Court, Bronx County (John A. Barone, J.), rendered September 23, 2003, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of two years, unanimously modified, on the law, to the extent of vacating the DNA databank fee, and otherwise affirmed.

As the People concede, since the crime was committed prior to the effective date of the legislation (Penal Law § 60.35 [1] [a] [v] [former (1) (e)]), providing for the imposition of a DNA databank fee, that fee should not have been imposed. Concur—Tom, J.P., Friedman, Gonzalez, Sweeny and McGuire, JJ.